IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

MARK J. MILLS,

        Petitioner,

v.                             CIVIL ACTION NO. 5:04-cv-01300

BUREAU OF PRISONS,

        Respondent.

**MEMORANDUM OPINION AND ORDER**

Pending before the court is the petitioner's motion under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in State or Federal Custody. This action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the court **DENY** the petitioner's motion / § 2241 application.

Neither party has filed objections to the Magistrate Judge's findings and recommendation. Accordingly, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge, and **DENIES** the petitioner's § 2241 application.

The court **DIRECTS** the Clerk to send a certified copy of this Written Opinion and Order to Magistrate Judge VanDervort, counsel of record, and any unrepresented party.

        ENTER:        August 26, 2005

        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE